## 14826.   SIMMONS *v.* THE STATE.

BLOODWORTH, J. The motion for a new trial contains no special grounds; the verdict is not without evidence to support it, and has the approval of the judge who tried the case, and this court cannot interfere.

*Judgment affirmed. Broyles, C. J., and Luke, J., concur.*

DECIDED NOVEMBER 14, 1923.

Conviction of shooting at another; from Berrien superior court —Judge Dickerson.   June 9, 1923.

*W. D. Buie, Jeff. S. Story,* for plaintiff in error.

*J. D. Lovett, solicitor-general, P. T. Knight,* contra.